UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENESIUS TIFUH NYAH, | Case No.: 26-cv-1400-RSH-SBC |
| Petitioner, | |
| v. | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| JEREMY CASEY, | |
| Respondent. | |

On March 2, 2026, petitioner Venesius Tifuh Nyah filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 1. Petitioner states that he has been in immigration custody for over 13 months; that an immigration judge ordered him removed; and that Petitioner has appealed that order. *Id.* at 2. The Petition does not establish a basis for ordering Petitioner's immediate release, but the Court construes the Petition as also seeking the alternative relief of a bond hearing. Respondent has filed a return indicating that he does not oppose a bond hearing for Petitioner. ECF No. 6.

//

//

//

//

//

1

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Venesius Tifuh Nyah before an immigration court pursuant to 8 U.S.C. § 1226(a) within *ten (10) days* of this order.

**IT IS SO ORDERED**.

Dated: March 16, 2026

_____
Hon. Robert S. Huie
United States District Judge